IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LONNIE NORTON,<br><br>                Plaintiff,<br><br>v.<br><br>HEATHER BLANCO et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-874-CW<br><br>District Judge Clark Waddoups |

    Plaintiff, Lonnie Norton, filed a prisoner civil rights complaint. He now moves to dismiss it. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request." The Court has carefully reviewed Plaintiff's motion and other materials on the docket.

    Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion to dismiss his complaint is GRANTED. (*See* Docket Entry # 36.)

    This case is CLOSED.

        DATED this 31st day of March, 2017.

                            BY THE COURT:

                            _____
                            CLARK WADDOUPS
                            United States District Court